IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE and GREENWOOD DIVISIONS

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | Cr. Nos.    8:98-790-2 |
| vs. | ) | 6:98-792-1 |
| | ) | |
| Jack Preston Williams, Jr., | ) | |
| | ) | **OPINION AND ORDER** |
| Movant. | ) | |

  This matter is before the court on Jack Preston Williams, Jr.'s ("Williams") motion "Requesting Clarification on Sentence–Case#: CR 7:98-790 & CR 7:98-792." Williams contends that "the B.O.P. has extended his debt/sentence." (Mot.) Williams explains that the court ordered him to serve "a consecutive sentence after [his] State Offense," but "before he was released from State Custody to Federal Custody, [he] took another plea with the State." (Id.) "Instead of the B.O.P. starting [his] sentence after the First State sentence . . . [the B.O.P.] started [his sentence] after the second State sentence." (Id.) Williams "request[s] that the B.O.P. be notified by this Court that [his] sentence was to be consecutive to [his] First State sentence of Five years and not [his] second . . . sentence . . . from the State for five years." (Id.)

  The court finds Williams' allegation that the Bureau of Prisons extended his federal sentence without merit. The court sentenced Williams to 51 months' imprisonment in case number 8:98-790-2 to run concurrently with his sentence of 51 months' imprisonment in case number 6:98-792-1. Williams' claim that the BOP started this sentence after his second state sentence rather than his first state sentence fails to establish that the BOP will require him to

serve a longer sentence than that ordered by the court in the above-referenced federal cases. The court therefore denies Williams' motion.

Therefore, it is

**ORDERED** that Williams' motion, Document Number 19 in case number 8:98-790 and Document Number 50 in case number 6:98-792, is denied.

**IT IS SO ORDERED**.

s/ Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
July 8, 2005

### NOTICE OF RIGHT TO APPEAL

The movant is hereby notified that he has the right to appeal this order within sixty days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.